**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

JOHN LISTER AND LYNNE CAROL
HYLANDS-LISTER,

               Petitioners

        v.

XI MEI PENG,

               Respondent

:  No. 379 WAL 2021
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.